**DISMISS and Opinion Filed December 16, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00773-CV

## IN THE MATTER OF D. C., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-00754**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant, the Dallas County District Attorney's Office, has filed a motion to

withdraw its appeal without prejudice. We grant the motion and dismiss the appeal

without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

> /Robert D. Burns, III/
> ROBERT D. BURNS, III
> CHIEF JUSTICE

210733F.P06



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE MATTER OF D. C., A JUVENILE

No. 05-21-00773-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas Trial Court Cause No. JC-21-00754. Opinion delivered by Chief Justice Burns, Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered December 16, 2021.